# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 24, 2023

**By Email and ECF**

Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

/s/ Katharine H. Parker
Hon. Katharine H. Parker, U.S.M.J.
10/24/2023

Re: *United States v. Armando Beniquez*, 23 Mag. 6550 (UA)

Dear Judge Parker:

I write to respectfully request that the Court modify Armando Beniquez's bail condition of home detention enforced by GPS monitoring to a curfew enforced by GPS monitoring. Both Pretrial Services and the Government consent to the proposed modification.

Mr. Beniquez was arrested on September 26, 2023 on charges related to theft of mail and a postal key. He was released that day on a $50,000 personal recognizance bond with conditions including home detention enforced by GPS monitoring. Mr. Beniquez now seeks to modify that condition to a curfew, which would allow him greater flexibility with his work and childcare responsibilities.

As noted, Pretrial Services and the Government consent to this request. Thank you for considering it.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770
ariel_werner@fd.org

cc: Connie Dang, Assistant U.S. Attorney
   Jonathan Lettieri, Intensive Supervision Specialist, U.S. Pretrial Services