**Federal Defenders OF NEW YORK, INC.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2024

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 27, 2024

**By ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re: *United States v. Armando Kenneth Beniquez*, 23 Cr. 544 (VEC)

Dear Judge Caproni:

    I write to respectfully request two temporary modifications to Armando Beniquez's bail.

    First, I request permission for Mr. Beniquez to have his ankle monitor removed on two upcoming dates for MRIs: one for his ankle on July 9, 2024 and one for his back on July 16, 2024. Pretrial Services has no objection to the temporary removal of the ankle monitor for the purpose of these MRIs, and the Government defers to Pretrial.

    Next, I request permission for Mr. Beniquez to travel to Miami from July 1 through July 4, 2024 to visit family during his birthday. Pretrial Services opposes this request, and the Government defers to Pretrial.

    Thank you for your consideration of these requests.

Respectfully submitted,

*/s/ Ariel C. Werner*

Ariel Werner
Assistant Federal Defender
917-751-2050

cc: counsel of record

Application GRANTED IN PART and DENIED IN PART. Mr. Beniquez's request to have his ankle monitor temporarily removed for MRIs on July 9, 2024, and July 16, 2024, is GRANTED. Mr. Beniquez must arrange with Pretrial Services to have the ankle monitor removed prior to each MRI and promptly re-installed following each MRI.

Mr. Beniquez's request to travel to Miami from July, 1 to July 4, 2024, is DENIED.

SO ORDERED.

6/27/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE