```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
                        -against-                              :      23-cr-544 (VEC)
                                                               :
ARMANDO KENNETH BENIQUEZ,                                      :      ORDER
                                                               :
                                Defendant.                     :
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on September 23, 2024, Defendant Armando Kenneth Beniquez was arrested by the New York City Police Department and subsequently charged with, among other things, two felonies, kidnapping and robbery, *see People v. Armando Beniquez*, CR-040234-24KN (N.Y. Crim. Ct. Kings Cnty.) (the "State Charges");

   WHEREAS on September 30, 2024, the Court conducted a Bail Review Hearing;

   WHEREAS the Court determined that the conditions of Mr. Beniquez's pretrial release should be modified to require home confinement and include compliance with the temporary order of protection issued in connection with the State Charges as a condition of his release;

   IT IS HEREBY ORDERED that the Defendant's pretrial release be modified to include the following conditions: (1) Mr. Beniquez must not leave the confines of his residence without permission from Pretrial Services; and (2) Mr. Beniquez must comply with terms of the temporary order of protection issued in connection with *People v. Armando Beniquez*, CR-040234-24KN (N.Y. Crim. Ct. Kings Cnty.).

**SO ORDERED.**

Date:  September 30, 2024
       New York, NY

                                                        _____
                                                        **VALERIE CAPRONI**
                                                        **United States District Judge**