USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA :
 :
        -against- : 23-CR-544 (VEC)
 :
 : ORDER
DONTE GOULBOURNE, and ARMANDO :
KENNETH BENIQUEZ, :
 :
                           Defendants. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 18, 2024, the Court held a change of plea hearing for Defendant Armando Kenneth Beniquez;

WHEREAS Mr. Beniquez entered a guilty plea to one count of aggravated identity theft in violation of 18 U.S.C. §§ 1028A(a)(1), (b); 2; and

WHEREAS the Court accepted Mr. Beniquez's guilty plea;

IT IS HEREBY ORDERED that Mr. Beniquez's sentencing will take place on **Wednesday, February 12, 2025, at 10:30 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. Sentencing submissions are due no later than **Wednesday, January 29, 2025**.

**SO ORDERED.**

Date: **October 18, 2024**
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**