# Federal Defenders
## OF NEW YORK, INC.

Tamara Giwa
*Executive Director*

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/2024

November 19, 2024

**By ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



**MEMO ENDORSED**

**Re:** *United States v. Armando Kenneth Beniquez*, 23 Cr. 544 (VEC)

Dear Judge Caproni:

    I write to respectfully request permission for Armando Beniquez to leave home to shop for groceries twice per week, on a schedule and at a location pre-approved by Pretrial Services. Pretrial has no objection to this modification, and the Government defers to Pretrial Services. Thank you for considering it.

Respectfully submitted,

*/s/ Ariel Werner*

Ariel Werner
Assistant Federal Defender
917-751-2050

cc: counsel of record

Application GRANTED.  The conditions of Mr. Beniquez's release are modified to permit him to leave his residence twice each week for grocery shopping on a schedule and at a location approved by Pretrial Services, which will continue to monitor his location during these trips.

SO ORDERED.

11/20/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE